JUL 22 2024 AM8:30
FILED - USDC - NDTX - LU

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

**Randy J. Howard #04687580**
Plaintiff's Name and ID Number

**Texas Civil Commitment Center**          **5-24CV-172-C**
Place of Confinement          Case No. _____

**v.**

**(Assistant Administrator)  Angelena Johnson**
**2600 S. Sunset Ave., Littlefield, TX 79339**
**Defendant's Name and Address**

**Security Officer R. Nippers**
**2600 S. Sunset Avenue., Littlefield, TX 79339**
**Defendant's Name and Address**

**Captain Willey Barbosa**
**2600 S. Sunset Ave., Littlefield, TX 79339**
**Defendant's Name and Address**

**Medical Administrator Tiffany Graves**
**2600 S. Sunset Ave., Littlefield, TX 79339**
**Defendant's Name and Address**

**Page 1**

1.  **PREVIOUS LAWSUITES:**

    A.  **Have you filed any other lawsuit in *state* or federal court relating to your imprisonment   ___YES   X  NO**

    B.   **If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one Lawsuit, describe the additional lawsuit on another piece of paper, giving the same information.)**
    **1. Approximate date of filing lawsuit:**

    _____

    **2. Parties to previous lawsuit:**

    _____

    **Plaintiff (s)  _____**
    **Defendant (s) _____**

    _____

3.  **Court: (If federal, name the district; if state, name the county.)**
_____

4.   **Case number:  _____**

5.   **Name of judge to whom case was assigned:**
_____

6.   **Disposition: (Was the case dismissed, appealed, still pending?)**
_____

7._**Approximate date of disposition:**

_____

**Page 2**

## II. PLACE OF PRESENT CONFINEMENT:

**Texas Civil Commitment Center, Littlefield, Texas**

## III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? X YES    __ NO        (See Exhibit 4)
Attach a copy of your final step of the grievance procedure with the response supplied by the institution        (See Exhibit 4)

## IV. PARTIES TO THIS SUIT:

**A. Name and address of plaintiff:** Randy J. Howard, Texas Civil Commitment Center, 2600 South Sunset Avenue, Littlefield, Texas, 79339-4809

**B. Full name of each defendant, his official position, his place Of employment, and his full Mailing address:**

**Same on first Page.**

**Page 3**

**Defendant #1:**

**Assistant Administer Angelena Johnson**

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

My Due Process Rights by no Representative and no one to help me, at all at the B.M.R. Hearing.

**Defendant #2:**

**Captain Willey Barbosa**

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

Deliberate Indifference and Intentionally Deny or Delay Access to my Medical Treatment (Heart Problems) by not getting medical at the time of the I.C.S. that was not called (Medical) and a wheelchair and letting me sit on the floor by door 70 to go into medical for on/or about 12 minutes & walking by with Adm. T. Graves to go outside, knowing I needed help! Cruel and Unusual Punishment as well by Captain Willey Barbosa !

**Defendant's #3**

**Security Officer R. Nippers**

**Briefly describe the (acts) or omission(s) of this defendant which you claimed harmed you.**

Negligent to my care and Due Process Rights, Cruel and Unusual

**Page 4**

Punishment and Deliberate Indifference to my Serious Medical need (Heart Problems) Intentionally Deny or Delay Access to my Medical Treatment, (Heart Problems) and would not call an I.C.S. at the time I needed help but waited in till the Officer across building's to get Officer Nippers to call.

**Defendant #4**
**Administer Medical Tiffany Graves**
**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**
Intentionally Deny or Delay Access to my Medical need and Deliberate Indifference by walking by Door 70 to go into medical, my Heart & Chest was hearing.

_____

FOR ALL DEFENDANTS Their ATTORNEY'S NAME & ADDRESS IS:
LEWIS & BRISBOIS
Attorney at Law Amber R. Pickett
2100 Ross Avenue
Suite 2600
Dallas, Texas 75201

I had three (3) law Lawsuits, Littlefield Texas County Court, DCV 20614-22; DCV-20615-22 and DCV 20626-22. I took a Settlement.

**Page 5**

## V.   STATEMENT OF CLAIM:

**December 6, 2023,** I reside in D-Building, 2-Dorm, that morning I went out to tell Security Officer R. Nippers in D-space that, "my heart chest is hurting and I had a really bad case cold/flu, throat raw, coughing, spitting up Phlegm & Blood", I ask if I could go outside to get fresh air Security Officer R. Nippers said "No", but I will call "hand radio" control. Control called back "hand radio" and said, "yes" Security Officer R. Nippers said, "you have 3-minutes" I went outside for a few minutes then I came back in and said, "to Security Officer R. Nipper the fresh air did not help me, I need to go inside my room and get my coat and come back and go to medical my chest and heart is hurting, "I went back inside D-2-dorm in my room got my coat and some toilet paper, then I went back to see Security Officer R. Nippers in D-space I'm coughing spitting up Blood & Phlegm I said "to Security Officer R. Nippers would you call (hand radio) Medical", Security Officer R. Nippers said, "No", here is a sick call get back in your dorm I'm giving you a Direct Order." I said, "No" and "I need to go to medical." Security Officer R. Nippers said, "stop faking I'm giving you a Direct Order now get, get in your dorm" again I said, "look in my right hand is full of Phlegm & Blood and my chest heart is hurting, I need medical would you call (hand radio) medical." At this time, Officer Nippers (summoned new mental health lady) I started crying it felt like I was going to have a Panic Attack, P.T.S,D, Emotional Distressed, started going on, I went back too January 17,2021, at that time I resided in B-Dorm I was having a heart attack I went to the Officer and she tried to give me a sick call, I went to the bath room and I passed out. The

**Page 1 of 4**

residents calling for help, banging on the wall, finely she called medical I was hospitalized and a stent put in. I know I was very upset, spitting up Phlegm & blood, chest heart hurting, crying, Emotional Distressed, and a few cuss words. Not toward any one, I was going toward the door to go to medical Department. Security Officer R. Nippers **Physically Blocked the entrance for me not to go to medical.** Security Officer R. Nippers said, "No, you are not going" I sat down on the floor in D-space and said. "Call I.C.S."  **("It took a while for someone to come.")** Captain Willey Barbosa came to D-Building, D-space on the I.C.S. and escorted me too Medical. **They were no medical staff that came.** Captain Willey Barbosa saw the Phlegm & Blood in my right hand for I showed him and I told him my Chest & heart is hurting Captain Willey Barbosa escorted me to medical. **I could not hardly walk to medical.** We got to medical Captain Willey Barbosa said, "the door is locked I'll call (hand radio) to get door 70 open Captain Willey Barbosa called to control", they did not open the door then Captain Willey Barbosa said, "I'll go and get this door open", they were no chairs to sit in, so I sit on the floor beside door 70, to go inside, I was spitting up Phlegm & Blood, my heart & Chest hurting and coughing, I was under Emotional Distress. As I was sitting on the floor, (first name unknown) **(See Exhibit 1)** Miss Nichols from Mental Health walking by she saw me siting on the floor Nichols stopped began to talk to me for at least 5 minutes, then a (Case Manager Karon Gonzales with a resident Case Manager said something to me they were going outside, in a few minutes Captain Willey Barbosa and Administrator Tiffany Graves from the Medical Department,

**Page 2 of 4**

walking by talking with Captain Willey Barbosa they went outside,) Miss (Unknown first name) Nichols from Mental Health said, "I will go and get someone to open the door", she left and door 70 open a Resident Walter Estes came out of door 70 and saw me sitting on the floor, he said, " Howard you don't look good Walter Estes help me off the floor so I can go inside medical", medical Officer (First Name unknown) Garcia, right behind him (Resident Walter Estes) saw me sitting on the floor, ( I  was on the floor on/or about 12 minutes) said, "O Howard come inside"  I'm told to sit in a chair a nurse did a Blood Pressure check then I'm told to go and see the P.A ( Don't know first name or last name) in her room as I went about 7- 10 steps I lost my balance and fell to the floor face down and someone came with a wheelchair and help me in it and took me inside the P.A. room, I'm told to get on the medical bed I was helped by someone on the bed and I'm told to take off my T-shirt I'm given a EKG and Dr. Robert Broselow **(See Exhibit 2)** came inside the room and he looked at me then he ask a few questions and he looked at the EKG and said, "your heart is palpitation" told a nurse to get a medicine (Don't know name) to come me down, Dr. Robert Broselow said, "let him stay for an hour"  A nurse (unknown name) brought me back in a wheelchair too D-Building as I got in D-space, Security Officer R. Nippers said, "You Bitch you got a write up" (Case)  I'm taken to my room in the wheelchair. I got in my room. I sat down to write what was said and who said what.

**Page 3 of 4**

**December 7, 2023** I went to go to control. When I came back to D-Building, D-space Officer (first name unknown) Martinez and Sgt. Candy Weaver was in D-space and Security Officer (first name unknown) Martinez said, "yesterday **December 6, 2023** I was working in C-Building (C-Building crossway from D-Building) and I saw you siting on the floor and I yelled to Security Officer R. Nipper, D-Building, to call an I.C.S. and I yelled a few more times for I know you needed help." **December 6, 2023.**

**I did not know why Security Officer R. Nippers had taken time for; to call I.C.S. on December 6, 2023 and it took Officer (first name unknown) Martinez from a cross the way from C-Building Too D-Building yelling several times for Security Officer R. Nipper to call on (hand radio) a I.C.S for officer Martinez saw me on the floor.**

**December 20, 2023**, Assistant Administrator Angelena Johnson with other staff ran the BMR (Disciplinary) Hearing. In the hearing I'm told several times that I did not need to say what happen on December 6, 2023, by Assistant Administer Angelena Johnson. In the BMR (Disciplinary) Hearing they were no Tape recording, no representative, no one was there to help me in the BMR (Disciplinary) Hearing. I Plead No Contest. I was given a Verbal Warning. **(See Exhibit 3).**

**Page 4 of 4**

## VI.  RELIEF:

**State, briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.**

I'm Tender the Court for $500, 000, Money and an Injunction, Nominal Damages, Compensatory Damages, Punitive Damages. I am asking for $250.000 for Extreme P.T.S.D, Emotional Distressed from all Four Defendants.
 To Reverse and Resend the Case.

## VII.  GRNERAL BACKGROUND INFORMATION:

**A. State, in complete form, all names you have ever used or**

**been known by including any and all aliases.**

Randy J. Howard.

**B. List all TDCJ-Cid identification numbers you have ever been assigned**

**and all other state or Federal prison or FBI numbers ever assigned to**

**you.**

Texas Civil Commitment Ctr., #04687580

**Page 6**

## VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  _____YES  __X__ NO

B.  IF your answer is "yes" give the following information for every lawsuit in which sanctions imposed.

     N/A

C.  Has any court warned or notified you that sanctions could be imposed?  _____ YES  _X__ NO

D.  If your answer is "yes" give the following information for every lawsuit in which a warning was issues.

     N/A

EXECUTED ON 7-18-24

Randy J. Howard

**Page 7**

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuit were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

**Signed this** _17_    _July 2024_
　　　　　　　Day　　　　Month

_Randy Howard_

**Page 8**

**1)**Put in a step 1 & 2 M.T.C. Grievance. **(See Exhibit 4)**

**2)**Put in a step 1 TCCO Grievance **(See Exhibit 5)** not a reply for a TCCO step2 Grievances that I put in.

**3)** Witness Statement from Resident Walter Estes **(12-6-24) (SeeExhibit).** "6"

**4)** Administrator Wayne Schmoker, I sent a Communication to Informally Resolve the (disciplinary) Case. (with response) **(See Exhibit 7).**

**5)** Chief of Security James Winckler, I sent a Communication to Informally Resolve the (disciplinary) Case. (with response) **(See Exhibit 8).**

**6)** Sick Calls' that I put in and Medical response. **(See Exhibit 9)**

# Exhibit 1



**MENTAL HEALTH PROGRESS NOTE**

HOWARD, RANDY (#04687580 -- DOB: 11/23/1958 -- GENDER: M)

| | | | |
|---|---|---|---|
| Created On: | 12/5/2023 5:30:05 PM | Created By: | NICKELS, TINA |
| Sign Off On: | **Sign off NOT required** | Sign Off By: | **Sign off NOT required** |
| Category: | NA | Description: | Progress Note for mental health usage - both SOAPE and Narrative |

☑ Show only answered questions

SHOW FORM TASKS

**Mental Health Professional Progress Note**

**Type of Progress Note:**
☑ Narrative

**Narrative**

**Narrative Notes:**
Mr. Howard met with MHC on 12/5/23 from 4:25-4:55 PM (30 minutes) to discuss issues he is experiencing. He reports "I'm tired, just very tired". He said the tiredness was physical, as *he has an upper respiratory infection, he believes*. He also expressed that he was tired "emotionally". He reported he had a "flashback" while in medical recently. He stated he is having difficulty sleeping and with "functioning". He expressed some frustration with "the system" and with having multiple CMs and CTs. He expressed sadness that another MHCC had resigned. He reported poor appetite. Mr. Howard denied any SI/HI or A/V hallucinations. MHC will follow up in 10 days. MHC advised staff are available 24/7.

**Referrals Needed:**
☑ Refer to Mid-Level (NP/PA)

**Referral to Mid-Level (NP/PA)**

**Type of Mid-Level (NP/PA) Referral:**
☑ Urgent

**Interpreter:**

CLOSE

| | | NARRATIVE | | | | |
|---|---|---|---|---|---|---|
| MENTAL HEALTH PROGRESS NOTE | 09/22/2023 07:26:11 | PROGRESS NOTE FOR MENTAL HEALTH USAGE - BOTH SOAPE AND **NARRATIVE** | MENTAL HEALTH | PROGRESS NOTE | SUTTON, DAVID | |

# Exhibit 2

## Provider Progress/Narrative Note

**Type of Note:**

☑ SOAPE

### Subjective

**Subjective Data (what is the patient being seen for):**

Pt states he has been coughing since 11/15/2023. He said he has been feeling sick and coughing out blood

States he has been very weak and depressed. he cries and states he wants to die. last visit with psych was about 2 months ago. Pt takes Lamictal. Reports hx severe depression with hospitalization

**Is patient experiencing pain:**

☑ Yes

**Pain Scale:**
*NO ANSWER PROVIDED*

**Aggravating Factors:**
*NO ANSWER PROVIDED*

**Alleviating Factors:**
*NO ANSWER PROVIDED*

**Quality:**
*NO ANSWER PROVIDED*

**Location of Pain:**
mid chest

**Does the pain radiate:**
*NO ANSWER PROVIDED*

**Duration of pain:**
*NO ANSWER PROVIDED*

**Medical/Surgical History, Significant Family History, Social History:**
*NO ANSWER PROVIDED*

### Objective

**Did patient Refuse vitals:**
☑ Some vitals Refused

### Vital Signs

---

**Provider Progress/Narrative Note**

SOAP note Providers

**Patient Name:** HOWARD, RANDY
**Patient Number:** 04687580
**Location:** D2-1-1B
**DOB:** 11/23/1958
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 12/06/2023 11:34:18

HOWARD, RANDY   #04687580                                      **DOB:** 11/23/1958 (65y)   **Location:** D2-1-1B

| Temperature: | Respiratory: | Weight: |
|---|---|---|
| 99.3 | 20 | *NO ANSWER PROVIDED* |
| **Pulse:** | **Blood Pressure:** | **O2 Sats:** |
| 92 | 163/81 | 97 |

**Reason for Refusing vitals:**

na

**General:**

pt looks weak, he is crying

**HEENT:**

*NO ANSWER PROVIDED*

**Cardiac:**

s1s1, no murmur

mid chest pain upon palpation AND cough

**Pulmonary:**

CTAB, CLEAR sputum

coughed only one time in clinic

**Abdomen:**

*NO ANSWER PROVIDED*

**Extremities:**

*NO ANSWER PROVIDED*

**Neurological:**

2-12 grossly intact

**Psychological:**

*NO ANSWER PROVIDED*

**Other:**

*NO ANSWER PROVIDED*

**Additional Findings:**

*NO ANSWER PROVIDED*

**Current Medications:**

---

**Provider Progress/Narrative Note**

SOAP note Providers

**Patient Name:** HOWARD, RANDY
**Patient Number:** 04687580
**Location:** D2-1-1B
**DOB:** 11/23/1958
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 12/06/2023 11:34:18

HOWARD, RANDY  #04687580                                    DOB: 11/23/1958 (65y)  Location: D2-1-1B

ASPIRIN 81MG CHEW TAB – [CHEW AND SWALLOW 1 TABLET(S) ORALLY ONCE DAILY] – 2023-03-14–2024-03-12
ATORVASTATIN 40MG TABLET – [TAKE 1 TABLET(S) ORALLY AT BEDTIME] – 2023-03-14–2024-03-12
CALC. ANTAC ASSORT TABS – [CHEW AND SWALLOW 1 TABLET(S) ORALLY TWICE DAILY] – 2023-08-11–2024-08-09
CHLORPHENIRAMINE 4MG TAB – [TAKE 1 TABLET(S) ORALLY TWICE DAILY] – 2023-12-04–2023-12-11
CLOPIDOGREL 75MG TABLET – [TAKE 1 TABLET(S) ORALLY ONCE DAILY] – 2023-07-18–2024-01-13
FUROSEMIDE 20MG TABLET – [TAKE 1 TABLET(S) ORALLY ONCE DAILY] – 2023-03-14–2024-03-12
GUAIFENESIN 200MG TABLET – [TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY] – 2023-12-04–2023-12-07
ISOSORBIDE MN ER 30MG TAB – [TAKE 1 TABLET(S) ORALLY ONCE DAILY] – 2023-03-14–2024-03-12
LAMOTRIGINE 25MG TABLET – [TAKE 2 TABLET(S) ORALLY AT NOON] – 2023-07-06–2024-01-01
LEVOTHYROXINE 100MCG TAB – [TAKE 1 TABLET(S) ORALLY ONCE DAILY] – 2023-03-14–2024-03-12
METOPROLOL 50MG TABLET – [TAKE 1/2 TABLET(S) ORALLY TWICE DAILY] – 2023-03-14–2024-03-12
PANTOPRAZOLE 40MG TABLET – [TAKE 1 TABLET(S) ORALLY ONCE DAILY] – 2023-08-02–2024-01-28
RANOLAZINE 500MG ER TAB – [TAKE 1 TABLET(S) ORALLY TWICE DAILY] – 2023-06-28–2023-12-24

## Assessment

**Assessment (Diagnosis):**
*NO ANSWER PROVIDED*

## Plan

**Plan:**
Mid chest pain— EKG unchanged from 2021

mid chest pain/cough—2v chest x-ray

**Follow-up:**
☑ Follow-up w/ NP/PA-C    ☑ No Follow-up needed at this time

**Follow-up w/ NP/PA-C in:**
☑ Other

**Specify Other Timeframe for Follow-up w/ NP/PA-C:**
24hours

**Medication:**
*NO ANSWER PROVIDED*

**Vital(s)/Treatment(s) being ordered:**
*NO ANSWER PROVIDED*

**Order Labs:**
*NO ANSWER PROVIDED*

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**
☑ Yes

---

**Provider Progress/Narrative Note**

SOAP note Providers

Patient Name: HOWARD, RANDY
Patient Number: 04687580
Location: D2-1-1B
DOB: 11/23/1958
Facility: TEXAS CIVIL COMMITMENT CENTER
Electronically Signed By NKULE, MYRA, NP on 12/06/2023 11:34:18

**HOWARD, RANDY**  #04687580                                    **DOB:** 11/23/1958 (65y)  **Location:** D2-1-1B

**Order Immunization(s):**
*NO ANSWER PROVIDED*

**Order Outside Referrals/Consults:**
*NO ANSWER PROVIDED*

## Education
**Education Provided:**
☑ Diet  ☑ Diet, Weight Loss, Exercise  ☑ Medication  ☑ Disease Process  ☑ Risk Factors and Reducers
☑ Signs and Symptoms to Report

**Interpreter:**
☑ No

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| NKULE, MYRA, NP | 12/06/2023 11:34:18 |

---

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** HOWARD, RANDY
**Patient Number:** 04687580
**Location:** D2-1-1B
**DOB:** 11/23/1958
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP on 12/06/2023 11:34:18



| | | |
|---|---|---|
| HR | 91 | bpm |
| P | 111 | ms |
| PR | 205 | ms |
| QRS | 90 | ms |
| QT/QTc | 339/418 | ms |
| P/QRS/T | 72/33/16 | |
| RV5/SV1 | 1.07/0.0.364 | mV |

Diagnosis Information:
Sinus Rhythm
Prolonged PT wave
Abnormal q and Q Wave(II,III,aVF)
Infarion Myocardial Infarction

Report Confirmed by:

25mm/s   10mm/mV   ~25-Hz   V1.48   SEMIP V1.81   ICCC



# Exhibit 3

Management & Training Corporation

Texas Civil Commitment Center

**Behavior Management Committee Review**

| | |
|---|---|
| SVP Client Name: Howard, Randy | Report #: 23-12-09 |
| SID: 04147160 | Hearing Date/Time: 12/20/23    13:30 |
| Violation #/Title: Violation # 14  Use of vulgar or abusive language and/or gestures | |
| Violation Date: 12/6/23 | |

The purpose of the committee is to review the violation and arrive at a decision. All parties must conduct themselves properly. Failure to do so will result in removal.

READ VIOLATION TO CLIENT

Does client understand the alleged violation? YES (NO)    Has it been 24 hours since notice of allegation? (YES) NO   If no, did client waive right? YES   NO

SVP Client Response (circle one):    ADMIT    DENY    (NO CONTEST)

SVP Client Statement: They a lot of momentary here. Did not direct angry toward him. I was crazy. told him his heart + chest was hurty. I need to go get some fresh air. I went out to get some fresh air my chest was hurty. I was in panic mode be of what happened when I had a heart attack. I was thinky I was dying. I need to go to medical. He refused me medical help.

Did client provide a written statement?    YES    (NO)    If yes, attach statement    (No witness statement given)

Behavior Management Committee has found the violation: (SUBSTANTIATED)    ~~UNSUBSTANTIATED~~

Intervention: documented verbal warning.

| | |
|---|---|
| Committee Chair Printed Name and Title: A. Johnyne AFA | |
| Committee Chair Signature and Date: Angee Jule  12/20/23 | |
| Member #2 Printed Name and Title: | |
| Member #2 Signature and Date:  12/20/23 | |
| Member #3 Printed Name and Title: M. Santana  D | |
| Member #3 Signature and Date: Valtos Sandoval  12-20-23 | |
| Member #4 Printed Name and Title: | |
| Member #4 Signature and Date: | |
| Interpreter (if applicable) Name and Signature: | |
| Other Employees Present at Hearing: H. Rodriguez  12/20/2023 | |

Provide client with a copy.

SVP Client: You have the right to appeal this decision with respect to the committee's finding and the intervention imposed within 15 days of this hearing by filing a step 1 grievance. If you are dissatisfied with that response, you may file a step 2 grievance.

SVP Client Signature: X Randy Howard

906DIS - Attachment3

# Exhibit 4

## MTC - Texas Civil Commitment Center

# Step 1            GRIEVANCE FORM

| DATE RECIEVED | DATE DUE | GRIEVANCE NUMBER |
|---|---|---|
| 1/2/24 | 2/2/24 | 24-01-01 |

SVP Client Name: _Randy Howard_            SID #: _04687580_

Housing Assignment: _D2_

Where incident occurred: _D. Building_

You must try to informally resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Communication to Adm. Schmalter and Winekler and BMR Johnson_    IR# 23-12-09

When? _12/9/2023_    What was their response? _None yet._

What action was taken? _Given a verbal_

State your grievance in the space provided. Please state who, what, when, where and whether or not this is an appeal to a disciplinary infraction, if appropriate. _No Case Appeal_

Dec 6, 2023, I was in distress, I went too na-Wing officer Nippers, my heart chest was hurting and I was under the cold/flu, spitting plem-blood up since 11-11-23. First time I ask to go out side to get air Nippers called the picket they said "yes" Nippers said you got 3-min, I got air then I said I got to get my Coat and go to Medical, I got my Coat Nippers said no and running his mouth. I went under emotional distress In my mind, in time past too B2 when I had a heart attack, that officer offered me a sick call and I landed in the hospital with a splint put in heart officer all most let me die it took the residents time help after i passed out Going back to Nippers i thought i was dieing, the Camera will pick this up Nippers walked over and open the door, I sat down, Nippers blocking the door with his body would not let me go to medical officer Martinez working C-building hollered at Nippers and said Call ICS. Dec 7, 2023 told me this officer Martinez working D-Building, and told me this with Sgt. Weaver being there. I'm In distress and cussing in general, my right hand full of plem/blood. Fially ICS was Called Capt Barbosa came. I went to Medical. when ICS was Called no medical staff I got medical, they gave me a EKG and i fell on my face, officer Nippers was still non professional as being a officer he wrote me a Case As Well,

**YOUR SIGNATURE ID REQUIRED ON THE BACK OF THIS FORM (OVER)**

Action Requested to resolve your Complaint.
_the right people know what to do_

SVP Client Signature: _[signature]_          Date: _12-28-23_

Grievance Response:

Mr. Howard,
    Clients are not authorized to just go to medical. The appropriate measures need to be taken to ensure everything that transpires follows procedures. In the event of an emergency and ICS has to be initiated, ICS was called and you were seen. The disciplinary issued addressing your initial actions will need to be handled through disciplinary process. Thank you.
    / Rodriguez /

Grievance Investigator Printed Name/Signature: _[signature]_

Signature Authority: _[signature]_          Date: _1/30/24_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 to the within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

MTC-Step 1                                                          Revised 5/01/2019

MTC - Texas Civil Commitment Center

## Step 2     GRIEVANCE FORM

| DATE RECIEVED | DATE DUE | GRIEVANCE NUMBER |
|---|---|---|
| 2/8/24 | 3/8/24 | 24-01-01 |

SVP Client Name: Randy Howard     SID #: 04687580

Housing Assignment: D-8

Where incident occurred: D Building/12-6/24

You must attach the completed Step 1 grievance that has been signed by the Assistant Facility Administrator for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has not been processed.

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 beacuse....

This Step one grievance did not say anything wrong in what officer Nappers did on date 12-6-2023. First time I (Howard) ask officer Nappers if I could go out side for air my heart is hurting officer Nappers said "let me Call for permision for you to go out, he Called it Came back yes. When officer Nappers got through told me 3-Minutes. How can any one tell a person when having heart problem stop air to take? I went out side and I'm Called back in and was told your 3-Minutes are up. I said let me get my coat I got to go to medical I also had the Flu/cold officer Nappers would not let me go to medical I'll Call he said Came back and said No get back to the dorm I said I got to go to medical officer Nappers said No and block the door. Exit to go to medical ____ will pick this up. I Sat down I was under emotional distress, I went back in my mine in what happen a few years ago when I was having a heart attack and that officer offered me a Sick Call and it took the residents to get me help I thought I was going to die. officer in C building and yelled Call ICS, officer Napper runing his Mouth officer hesitaed Called ICS Captain Came, No medical Staff Came on this ICS Call, No Well Chair Came. I fell in medical. I had a EKG taken 12-7-23 officer in front of sgt W ____ Said she yealled out to officer Col6/23 to Call for a ICS. officer Nappers Wrote a Case.

YOUR SIGNATURE IS REQUIRED ON THE BACK OF THIS FORM (OVER)

MTC-Step 2            Revised 5/1/2019

Action Requested to resolve your Complaint.

Is officer Nappers is he still working here.

SVP Client Signature: _Randy Howard_    Date: 2-7-24

Grievance Response:

Officer Nipper is no longer employed here at the TCCC.

Grievance Investigator Printed Name/Signature: _SCHMOKEN/FA_

Signature Authority: _Schmoken/FA_    Date: 2-9-24

MTC-Step 2                                    Revised 5/1/2019

# Exhibit 5

# Texas Civil Commitment Office

## Grievance Response Form

|  | ■ Step 1 | ☐ Step 2 |
|---|---|---|

Client Name: Randy Howard SID#04687580

Facility: Texas Civil Commitment Center - Littlefield

Grievance Number: G-0439-03-24

Grievable Issue: 08 - Staff Complaint

Date Received: 03/21/24

Date Response Due: 04/20/24

Date Response Sent: 03/26/24

**Response:**
Your Step 1 Grievance regarding a staff complaint against Management Training Corporation (MTC) Security Officer (SO) R. Nipper has been received and reviewed. During an inquiry regarding your complaint it was determined that the Violation Report (VR) written by SO Nipper was completed appropriately and the Behavior Management Committee Review (BMR) was conducted correctly as outlined in the MTC Disciplinary Procedures for SVP Clients. Both the VR and the BMR documentation will remain in your file as it was determined that you did use vulgar or abusive langage on the date of the incident.

Your grievance is considered closed.

Grievance Respondent Signature: _Michael Searcy (signature)_

Grievance Respondent Printed Name: Michael Searcy

Title: Contract Monitor

Date: 3/26/2024

**Grievance Screening Criteria:**

☐ The issue presented is not a grievable issue.
☐ The grievance was submitted in excess of five (5) during the current calendar month.
☐ The grievance has been submitted without exhausting all grievance procedures available through contracted service providers.
☐ Grievable time period has expired.
☐ There is no documented attempt at informal resolution.
☐ The grievance fails to state requested relief.
☐ The grievance presents multiple issues.
☐ The grievance is redundant and has already been presented in a separate grievance.
☐ The grievance presents the malicious use of vulgar, indecent, or physically threatening language.
☐ The grievance presents the malicious use of vulgar, indecent, or any form of disciplinary action against staff.
☐ The text is illegible or incomprehensible.
☐ The grievance is inappropriate such that it requests monetary damages or any form of disciplinary action against staff.
☐ The grievance was submitted with inappropriate/excessive attachments.

**Due to the above checked screening criteria your grievance has been unprocessed. You may correct and resubmit the grievance within fifteen (15) days.**

TCCO-11-16
(Rev. 03/1

# Exhibit 6

## WITNESS STATEMENT

December 6, 2023, This is what I witness. I came out of Medical Door 70, (side door of medical) Resident Randy Howard siting on the floor and I said, "You don't look good." Randy Howard right hand, was full of paper, Phlegm & Blood, his face red and had this on it. Medical Officer Garcia right behind me said, "Howard come on inside."

### DELARATION OF WITNESS Resident Walter Estes

**I Declare under Penalty of Perjury that all facts presented in this witness statement are true and correct.**

**Signed this 8th day of December 2023**

**(Day)    (Month)   (Year)**

**WALTER ESTES**

**Signature of Witness**

# Exhibit 7

To:     Facility Administrator
        Wayne Schmoker



Texas Civil Commitment Center
Client Communication Form

Type of Communication

☐ REQUEST FOR COPIES/RECORDS
☐ REQUEST FOR PROPERTY                    CM-23-12-365
☒ OTHER Specify: _REFUSAL OF MEDICAL_

NAME: _Randy Howard_          DATE: _12/9/23_   TCCC# _04687580_ UNIT: _D-2_

**Client write request in this box:** Mr. Schmoker: I write about a case that I should not have gotten and hope it can be resolved by you. On Wednesday 12/6/23 I was having some chest pains and heart troubles. I needed to get some air. I asked Officer Nappers if I could step outside and get some air. He said no. Then called central and central said to let get some air. Mr. Nappers said I had 3 minutes to do so. That didn't do any good so I told him I need to get my coat and go to medical, he refused me to go to medical and said I need to fill out a sick call, and told me to return to my dayroom. By this time I was coughing up blood, which he saw very clearly. When I attempted to go out the door he physically blocked the door with his body. I sat down on the floor in the D space. He sumoned the new mental health lady (don't know name). Why I don't know but she too saw the blood. Officer Martinez saw this and yelled at Nappers (from C bldg - she can verify) to call an ICS. He did not. He told me that I was faking. When I didn't get up off the floor, he finally called an ICS, and Capt. Barbosa came. He escorted me to medical. While waiting at A-70 door, Ms. Nichols (therapist) and Ms. Gonzales Case manager both saw me in distress and inquired if I was ok. I presume they both saw the blood on the tissue in my hand. I was very weak and fell to the ground in medical. Medical gave me an EKG which verified that my heart was in palpitation. Almost all officers know that I had and continue to have problems with my heart.

Officer Nappers wrote me up saying I called him a "bitch". I did not. I did say some cuss words but they were NOT addressed to him. It was because my heart was hurting. I think I said 'son of a bitch' because I was in pain. At no time did I cuss AT Officer Nappers. The next day fficer Martinez told me in Sgt. Weaver's presence that she had told Nappers several times to call ICS.
I should never have been written up and ask that we informally resolve this matter.     Thank You.

Client Signature: _Randy Howard_        Date: _12-10-2023_

Date Communication received: _12/18/23_

Staff Response to request:

_info noted_

Staff Signature: _[signature]_        Staff Name Printed: _Schmoker_

Staff Title: _FA_        Date: _12/31/23_

# Exhibit 8

To:     Facility Administrator
        Wayne Schmoker

*Winckler*

Texas Civil Commitment Center
Client Communication Form

MTC Management & Training Corporation

A Leader in Social Impact

Type of Communication

☐ REQUEST FOR COPIES/RECORDS                    Clm 23-12-781
☐ REQUEST FOR PROPERTY
☒ OTHER Specify:  REFUSAL OF MEDICAL

NAME: Randy Howard        DATE: 12/9/23    TCCC# 0468 7580    UNIT: D-2

**Client write request in this box:**  Mr. Schmoker: I write about a case that I should not have gotten and hope it can be resolved by you. On Wednesday 12/6/23 I was having some chest pains and heart troubles. I needed to get some air. I asked Officer Nappers if I could step outside and get some air. He said no. Then called central and central said to let get some air. Mr.Nappers said I had 3 minutes to do so. That didn't do any good so I told him I need to get my coat and go to medical, he refused me to go to medical and said I need to fill out a sick call, and told me to return to my dayroom. By this time I was coughing up blood, which he saw very clearly. When I attempted to go out the door he physically blocked the door with his body. I sat down on the floor in the D space. He sumoned the new mental health lady (don't know name). Why I don't know but she too saw the blood. Officer Martinez saw this and yelled at Nappers (from C bldg - she can verify) to call an ICS. He did not. He told me that I was faking. When I didn't get up off the floor, he finally called an ICS, and Capt. Barbosa came. He escorted me to medical. While waiting at A-70 door, Ms. Nichols (therapist) and Ms. Gonzales Case manager both saw me in distress and inquired if I was ok. I presume they both saw the blood on the tissue in my hand. I was very weak and fell to the ground in medical. Medical gave me an EKG which verified that my heart was in palpitation. Almost all officers know that I had and continue to have problems with my heart.

Officer Nappers wrote me up saying I called him a "bitch". I did not. I did say some cuss words but they were NOT addressed to him. It was because my heart was hurting. I think I said 'son of a bitch' because I was in pain. At no time did I cuss AT Officer Nappers. The next day fficer Martinez told me in Sgt. Weaver's presence that she had told Nappers several times to call ICS.
I should never have been written up and ask that we informally resolve this matter.        Thank You.

Client Signature: *Randy Howard*        Date: 12-10-2023

Date Communication received: 12/12/23

Staff Response to request:

*Disciplinary will be handled at BMR.*

Staff Signature: *Winckler*        Staff Name Printed: JWinckler

Staff Title: COS        Date: 12/29/23

# Exhibit 9

Management
& Training
Corporation

A Leader in Social Impact

Texas Civil Commitment Center
Client Communication Form

Type of Communication

*CM 23-12-257*

☐ REQUEST FOR COPIES/RECORDS
☐ REQUEST FOR PROPERTY
☑ OTHER Specify: _Adm. Graves_

NAME: _Randy Howard_  DATE: _12-11-23_  TCCC# _04687580_  UNIT: _D2_

Client write request in this box:

First let me say thank you! Or 12-6-23
when i came in about my heart and
other. I need to take the (?) pre please
please, please that officer wrote me
a case. I go to group Mon, Wed 2 to 3:45 Pm.
Please, please Call me out.
Thank you

Client Signature: _Randy Howard_  Date: _12/11/23_

Date Communication received: _12/12/23_

---

Staff Response to request:

Case needs to be discussed
with security

[stamp: SCANNED]

Staff Signature: _(signed)_    Staff Name Printed: _TGraes_

Staff Title: _USM_    Date: _12/13/2023_



**Texas Civil Commitment Center**
**Client Communication Form**

Type of Communication

CM-23-12-364

☐ REQUEST FOR COPIES/RECORDS
☐ REQUEST FOR PROPERTY
☑ OTHER Specify: Wayne Schmoker

NAME: Randy Howard    DATE: 12/17/23    TCCC# 0468758 UNIT: D 2

Client write request in this box: Sir First let me say thank you! God Bless and Merry Christmas.
   I have a problem the 6th of December 2023, I received a wright-up. I been sick with this flu/cold since 11 November 2023. on 12.6 i was spiting up green and blood i had it in my right hand and my heart chest was hurting. Six remember about 2-3 Maybe years ago I had a heart attack and that officer refused to Call medical Just like this officer Nappers yes I said some cuss words and no help I was in fear I was dieing and a lot of stress I have had problems in the past with officer Nappers.
all i want is this Case to go away chief of security has a Copy

Client Signature: Randy Howard    Date: 12/17/23

of 12-9 Communication.                    thank You

Date Communication received: 12/18/23

Staff Response to request:

You need to submit a sick call to medical

Staff Signature: [signature]    Staff Name Printed: W. Jeffnorek

Staff Title: [signature]    Date: 12/31/23

**MTC** Management & Training Corporation
A Leader in Social Impact

## Texas Civil Commitment Center
## Client Communication Form

Type of Communication

CM 23-12-555

☐ REQUEST FOR COPIES/RECORDS
☐ REQUEST FOR PROPERTY
☒ OTHER Specify: Adm. W Schmokel

NAME: Randy Howard    DATE: 12/27/23    04687580    TCCC#_____    UNIT: D2

**Client write request in this box:** Please i think they wrote a nother Case to day for Not going to group I been sick since the Secound week of November All of December 2023 I have not went to Study Hall or group because of this fly/cold its been Real bad for me Please take Care of this for Me

Thank You

Client Signature: Randy Howard    Date: 12/27/23

Date Communication received: 12/29/23

**Staff Response to request:**

info noted

Staff Signature: _____    Staff Name Printed: W. Schmokel

Staff Title: _____ FA _____    Date: 12-31-23

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

| Client Name: Randy Howard | Date Submitted: 12-4-2023 "mon" |
|---|---|
| Client ID: 04687580 | Housing: D2 | Work Location: — |
| Treatment Schedule: — | Work Schedule: — |

### SERVICES REQUESTED

| [X] Medical | [ ] Dental | [ ] Prescription Refill | [X] Other (specify): Dr Braslow |
|---|---|---|---|

| Reason for Request: Since 11-15-23 -12-4-23 I have been taking over the Counter Medication for this Cold/Flu I have. I am still Sick. I need to see Dr Braslow Thank You |
|---|

DO NOT WRITE BELOW THIS LINE

TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: | Screening Time: | Nurse Initial: | Routine    Urgent |
|---|---|---|---|

ACTION TAKEN BY MEDICAL (initial in box)

| [X] | Written response (see below) | Referred to provider | Client refused tx-form completed | Prescription refill ordered: Date: |
|---|---|---|---|---|
| | Seen by nurse | Seen by provider | Offsite provider appointment scheduled this date: Type of provider: |

| Response to client or Nursing comments: CTM and Mucinex Renewed for 7 days. You need 2 weeks of treatment before seeing provider you had 1 week treatment from 11-26-23 to 12-4-23. |
|---|
| Nurse Print/Sign: M. A. Ho        Date: 12-4-23 |

| Provider comments: |
|---|
| |
| |
| |
| Provider Print/Sign:        Date: |

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| RECEIVED |
| --- |
| Date/Time: |
| Initials: |

| Client Name: Randy Howard | | Date Submitted: 12 14 23 |
| --- | --- | --- |
| Client ID: 04687580 | Housing: D2 | Work Location: |
| Treatment Schedule: | | Work Schedule: |

### SERVICES REQUESTED

| ☒ Medical | ☐ Dental | ☐ Prescription Refill | ☐ Other (specify): |
| --- | --- | --- | --- |

Reason for Request: a you going to let me die?
I'm Still Sick with this Flu & Cold
no Medication for 3 day it run out

### DO NOT WRITE BELOW THIS LINE

### TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: 12 15 23 | Screening Time: 0830 | Nurse Initial: JC | ☒ Routine ☐ Urgent |
| --- | --- | --- | --- |

### ACTION TAKEN BY MEDICAL (initial in box)

| ☒ Written response (see below) | Referred to provider | Client refused tx-form completed | Prescription refill ordered: Date: |
| --- | --- | --- | --- |
| ☒ Seen by nurse | Seen by provider | Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments:
CTM + guaifenesin    x 3 days    per HSA

Nurse Print/Sign: J. Cueto RN                    Date: 12/15/23

Provider comments:

SCANNED

Provider Print/Sign:                              Date:

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

| Client Name: Randy Howard | Date Submitted: 12-9-23 |
|---|---|

| Client ID: 04687550 | Housing: D2 | Work Location: |
|---|---|---|
| Treatment Schedule: | | Work Schedule: |

### SERVICES REQUESTED

| Medical | Dental | Prescription Refill | X Other (specify): Medical Records |
|---|---|---|---|

Reason for Request: On 12-6-2023 I had a ICS Called on me and i had a EKG. I Need a Copy of both Docters Report and a Copy of the EKG Pledse

### DO NOT WRITE BELOW THIS LINE

### TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: 12/10/23 | Screening Time: 0850 | Nurse Initial: JC | Routine   Urgent |
|---|---|---|---|

### ACTION TAKEN BY MEDICAL (initial in box)

| | Written response (see below) | | Referred to provider | | Client refused tx-form completed | Prescription refill ordered: Date: |
|---|---|---|---|---|---|---|
| | Seen by nurse | | Seen by provider | | Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments: Attached-

| Nurse Print/Sign: A. Oireles | Date: 12/11/23 |
|---|---|

Provider comments:

| Provider Print/Sign: | Date: |
|---|---|

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

| Client Name: Randy Howard | | Date Submitted: 12-14-23 |
|---|---|---|
| Client ID: 04687580 | Housing: 02 | Work Location: — |
| Treatment Schedule: — | | Work Schedule: — |

### SERVICES REQUESTED

[X] Medical   [ ] Dental   [ ] Prescription Refill   [ ] Other (specify):

Reason for Request: *Are You going to let me die?* I'm still sick with this Flu & Cold no medication got 3 day I run Out

### DO NOT WRITE BELOW THIS LINE

TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: 12/15/23 | Screening Time: 0830 | Nurse Initial: JC | (X) Routine   Urgent |
|---|---|---|---|

### ACTION TAKEN BY MEDICAL (initial in box)

| | | | Prescription refill ordered: |
|---|---|---|---|
| [X] Written response (see below) | [ ] Referred to provider | [ ] Client refused tx-form completed | Date: |
| [X] Seen by nurse | [ ] Seen by provider | Offsite provider appointment scheduled this date: Type of provider: |

Response to client or Nursing comments:
CTM + guaifenesin   x 3 days   Per HSA

Nurse Print/Sign: J. Cueto RN          Date: 12/15/23

Provider comments:

SCANNED

Provider Print/Sign:          Date:

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| RECEIVED |
| --- |
| Date/Time: |
| Initials: |

| Client Name: Randy Howard | | Date Submitted: 12-11-2023 |
| --- | --- | --- |
| Client ID: #04687580 | Housing: B2 | Work Location: — |
| Treatment Schedule: — | Work Schedule: — |

### SERVICES REQUESTED

| [X] Medical | Dental | Prescription Refill | [X] Other (specify): Dr Braselow |
| --- | --- | --- | --- |

Reason for Request: The Cold busters are not working! I'm still sick. May i please, try another medication for this Cold & Flu. thank you

-------- DO NOT WRITE BELOW THIS LINE --------

### TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: 12/13/23 | Screening Time: 0800 | Nurse Initial: SN | Routine    Urgent |
| --- | --- | --- | --- |

### ACTION TAKEN BY MEDICAL (initial in box)

| [N] Written response (see below) | Referred to provider | Client refused tx-form completed | Prescription refill ordered: Date: |
| --- | --- | --- | --- |
| Seen by nurse | Seen by provider | Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments:

Seen by provider NKule FNP for this issue pon 12/6 + no treatment needed at this time. Tylenol & IBU for pain. Drink fluids and rest.

| Nurse Print/Sign: | Date: 12-13-23 |
| --- | --- |

| Provider comments: | |
| --- | --- |
| | SCANNED |
| Provider Print/Sign: | Date: |

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| RECEIVED |
| --- |
| Date/Time: |
| Initials: |

Client Name: Randy Howard      Date Submitted: 12-11-23

Client ID: 04687580   Housing: D2   Work Location:

Treatment Schedule:      Work Schedule:

### SERVICES REQUESTED

| ☑ Medical | Dental | Prescription Refill | Other (specify): |

Reason for Request: Am i Still going to Receive the chest X-ray I

*thnck there*

— — — DO NOT WRITE BELOW THIS LINE — — —

TO BE COMPLETED BY MEDICAL STAFF

Screening Date: 12/13/23   Screening Time: 0800   Nurse Initial: CRC   Routine  Urgent

### ACTION TAKEN BY MEDICAL (initial in box)

| | Written response (see below) | Referred to provider | Client refused tx-form completed | Prescription refill ordered: Date: |
| --- | --- | --- | --- | --- |
| | Seen by nurse | Seen by provider | Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments: 12

Completed 12/13/23.

Nurse Print/Sign: *[signature]*      Date: 12/13/23

Provider comments:

Provider Print/Sign:      Date:



Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

| Client Name: Randy Howard | Date Submitted: 12-12-23 |
|---|---|
| Client ID: 0468 580    Housing: D2    Work Location: | |
| Treatment Schedule:    Work Schedule: | |

### SERVICES REQUESTED

| ✓ Medical | Dental | Prescription Refill | Other (specify): Medication |
|---|---|---|---|

Reason for Request: for this flu/cold i have the neon med
fell off Please put back on. I'm sick

I took the chest X-ray 12-12-23. When will i see the doctor.

### DO NOT WRITE BELOW THIS LINE

TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: 12/13/23 | Screening Time: 0755 | Nurse Initial: SM | __ Routine   Urgent |
|---|---|---|---|

ACTION TAKEN BY MEDICAL (initial in box)

| ✓ | Written response (see below) | Referred to provider | Client refused tx-form completed | Prescription refill ordered: Date: |
|---|---|---|---|---|
| | Seen by nurse | Seen by provider | Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments:

Seen by provider Nkuli FNP for this issue. Waiting
for X-ray results. No treatment needed at this
time. Drink fluids and rest. Virus run course.
Tylenol & IBU for pain. Cold busters & Mucinex Completed

| Nurse Print/Sign: F. Delgado RN | Date: 12-13-23 |
|---|---|

| Provider comments: | |
|---|---|
| | |
| | |
| | SCANNED |
| | |
| Provider Print/Sign: | Date: |

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

Client Name: Randy Harold    Date Submitted: 12/15/23

Client ID: 0468758[?]    Housing: [?]    Work Location:

Treatment Schedule:    Work Schedule:

### SERVICES REQUESTED

| ☒ Medical | Dental | Prescription Refill | Other (specify): |
|---|---|---|---|

Reason for Request: 12/15 Yesterday Medication fell off that I did absorb in her the Cold flu both Medication Please call me down to Medical to the

--- DO NOT WRITE BELOW THIS LINE ---

### TO BE COMPLETED BY MEDICAL STAFF

Screening Date: 12/16/23 | Screening Time: 1000 | Nurse Initial: SM | ~~Routine~~ Urgent

### ACTION TAKEN BY MEDICAL (initial in box)

| | Written response (see below) | | Referred to provider | | Client refused tx-form completed | | Prescription refill ordered: Date: |
|---|---|---|---|---|---|---|---|
| | Seen by nurse | | Seen by provider | | Offsite provider appointment scheduled this date: Type of provider: | | |

Response to client or Nursing comments:

They are on there from 12/15/23 to 12/19/23.

Nurse Print/Sign: SM    Date: 12/16/23

Provider comments:

SCANNED

Provider Print/Sign:    Date:

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

Client Name: Randy Howard     Date Submitted: 1-3-24

Client ID: 04657580     Housing:     Work Location:

Treatment Schedule:     Work Schedule:

### SERVICES REQUESTED

| X Medical | Dental | Prescription Refill | Other (specify): |
|---|---|---|---|

Reason for Request: Since 11-13-23 now 1-3-24, of a night I Still have Chills and Not as bad Spitting up Plem/blood.    thank you

### DO NOT WRITE BELOW THIS LINE

TO BE COMPLETED BY MEDICAL STAFF

Screening Date: 1/4/24   Screening Time: 1435   Nurse Initial: SM   Routine   Urgent

### ACTION TAKEN BY MEDICAL (initial in box)

| X | Written response (see below) | Referred to provider | Client refused tx-form completed | Prescription refill ordered: Date: |
|---|---|---|---|---|
| | Seen by nurse | Seen by provider | Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments:

Saw provider 12/28/23

Nurse Print/Sign: J. Crelo RN     Date: 1/5/24

Provider comments:

Provider Print/Sign:     Date:

 SCANNED

*Dr Breslow*

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

| Client Name: Randy Howard | Date Submitted: 1-24-24 |
|---|---|
| Client ID: 04687580  Housing: D.2 | Work Location: |
| Treatment Schedule: | Work Schedule: |

### SERVICES REQUESTED

| [X] Medical | Dental | Prescription Refill | [X] Other (specify): Dr Breslow |
|---|---|---|---|

Reason for Request: I need to see you why My heart has been raceing and hurting and this flu + Cold came back I am very sick again. Can not eat it will come up, this Morning I had a high Temp.

### DO NOT WRITE BELOW THIS LINE
### TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: 1/26/24 | Screening Time: 0900 | Nurse Initial: JC | Routine  Urgent |
|---|---|---|---|

### ACTION TAKEN BY MEDICAL (initial in box)

| | Written response (see below) | | Referred to provider | | Client refused tx-form completed | Prescription refill ordered: Date: |
|---|---|---|---|---|---|---|
| [X] | Seen by nurse | | Seen by provider | | Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments: Cold buster twice a day for 7 days. Mucuser three times a day for 7 days. Chronic Care appointment Schedule Later in Feb.

| Nurse Print/Sign: M____ JS RN | Date: 1·28·24 |
|---|---|

| Provider comments: | |
|---|---|
| | |
| | |
| | |
| Provider Print/Sign: | Date: |

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: MAR 28 '24 AM 8:07 |
| | Initials: |

Client Name: Randy Howard                     Date Submitted: 3/27/24

Client ID: 04087588   Housing: D2   Work Location:

Treatment Schedule:                            Work Schedule:

### SERVICES REQUESTED

[✓] Medical    [ ] Dental    [ ] Prescription Refill    [ ] Other (specify):

Reason for Request: medical, I still have this head Cold! When i lay down i Cough real bad and i am dry inside. Can not sleep. I did not go to study hall Wed. 3/27/24 and I'm going to the group today! I am week as well!

**DO NOT WRITE BELOW THIS LINE**

### TO BE COMPLETED BY MEDICAL STAFF

Screening Date: 3/26/24   Screening Time: 0900   Nurse Initial: SM   [ ] Routine   [ ] Urgent

### ACTION TAKEN BY MEDICAL (initial in box)

| | | | |
|---|---|---|---|
| [ ] Written response (see below) | [ ] Referred to provider | [ ] Client refused tx-form completed | [ ] Prescription refill ordered: Date: |
| [X] Seen by nurse | [ ] Seen by provider | [ ] Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments:

Mucinex 400mg for 3 days

Nurse Print/Sign: MayforeN                        Date: 3-31-24

Provider comments:

SCANNED

Provider Print/Sign:                               Date:

RECEIVED

JUL 22 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

July 18, 2024

Randy Howard
#04687580
TX., Commitment Ctr.
2600 S. Sunset ave.
Littlefield, TX 79339

United States District
Court.
Office of the Clerk
Northern District
of Texas
1208 Texas ave.
Room 208
Lubbock, TX 79401

District Clerk;
   Please file this 1983 in Said Court.
Please Send me a Copy of file Stamp.

Thank You
Randy Howard

Randy Howard
# 04687580
Texas Civil Commitment Ctr.
2600 S. Sunset Ave.
Littlefield, TX 79339-480

RECEIVED
JUL 22 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

MAILED
JUL 17 2024



USPS PRIORITY MAIL ®

US POSTAGE & FEES PAID
2 LB PRIORITY MAIL RATE
ZONE 1 NO SURCHARGE
Commercial

0625001495056563
9745444
FROM 79339

stamps
endicia
07/17/2024

0003

SHIP
TO:

Randy Howard
04687580
2600 S. Sunset
LITTLEFIELD TX 79339

UNITED STATES DISTRICT COURT
Northern District of Texas
1205 TEXAS AVE RM 209
LUBBOCK TX 79401-4027

USPS TRACKING #

9405 5112 0620 4289 4943 53

